No. 86–994. WALKBROADWAY REALTY, INC. v. CITY OF NEW YORK. Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of substantial federal question. ▆

No. 86–1031. EWING ET AL. v. LINDLEY, TAX COMMISSIONER OF OHIO. Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question. ▆

No. 86–1095. KOHRIG v. ILLINOIS. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question. ▆

No. 86–6007. DELANEY v. OREGON. Appeal from Sup. Ct. Ore. dismissed for want of substantial federal question. ▆

No. 86–6106. CHAPMAN v. SOUTH CAROLINA TAX COMMISSION ET AL. Appeal from Sup. Ct. S. C. dismissed for want of substantial federal question.

No. 86–943. AMERADA HESS CORP. ET AL. v. CORPORATION COMMISSION OF THE STATE OF OKLAHOMA. Appeal from Sup. Ct. Okla. dismissed for want of properly presented federal question. ▆

No. 86–1038. BAKER ET AL. v. CITY OF SANTA MONICA ET AL. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of properly presented federal question. ▆

No. 86–960. HIGH TIDE SEAFOODS ET AL. v. WASHINGTON ET AL. Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument. ▆

No. 86–1079. KOCZAK ET AL. v. DIXON ET AL. Appeal from C. A. 3d Cir. Motions of National Legal Foundation and Center for Judicial Studies for leave to file briefs as amici curiae granted. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▆